F10 # 963232

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:14-mj-00576 |
| OMAR GONZALEZ | ) Assigned To : Magistrate Judge John M. Facciola |
| | ) Assign. Date : 9/20/2014 |
| | ) Description: Criminal Complaint and Arrest |
| Defendant | |

## ARREST WARRANT

To     Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     OMAR GONZALEZ
who is accused of an offense or violation based on the following document filed with the court.

' Indictment        ' Superseding Indictment     ' Information     ' Superseding Information     ✔ Complaint
' Probation Violation Petition     ' Supervised Release Violation Petition     ' Violation Notice     ' Order of the Court

This offense is briefly described as follows:
   SEE ATTACHED AFFIDAVIT

**FILED**

**SEP 2 2 2014**

**U.S. DISTRICT COURT**

Date.  09/20/0201

*Issuing officer's signature*

City and state:  Washington, D C

Magistrate Judge John Facciola
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/22/14, and the person was received on *(date)* 9/22/14
at *(city and state)*

Date   9/22/14

*receiving officer's signature*

Andrew Reiker  DUSM #4857
*Printed name and title*